```
------------------------------------------X
                                          :
PIONEER GP LIMITED and CHAMPLAIN          :
INVESTMENT HOLDINGS LIMITED,              :
                                          :       22cv373 (DLC)
                    Plaintiffs,           :
          -v-                             :          Order
                                          :
DARIA VALDEZ and JASON SWEENY,            :
                                          :
                    Defendants.           :
------------------------------------------X
```

DENISE COTE, District Judge:

As set forth at the telephonic pretrial conference held on July 29, 2022, it is hereby

ORDERED that the plaintiffs must execute service of process on Daria Valdez by **October 28, 2022.**

IT IS FURTHER ORDERED that the plaintiffs shall submit no later than **October 28, 2022** a status update regarding their efforts to serve process on Jason Sweeny.

Dated:    New York, New York
          July 29, 2022

_____
          DENISE COTE
     United States District Judge