```
------------------------------------------X
                                           :
PIONEER GP LIMITED and CHAMPLAIN           :
INVESTMENT HOLDINGS LIMITED,               :
                                           :      22cv373 (DLC)
                              Plaintiffs,  :
                  -v-                      :      ORDER
                                           :
DARIA VALDEZ and JASON SWEENY,             :
                                           :
                              Defendants.  :
------------------------------------------X
```

DENISE COTE, District Judge:

    It is hereby

    ORDERED that a pretrial conference shall be held on **January 13, 2023** at **2:00 P.M.** in Courtroom 18B, 500 Pearl Street, New York, New York.

Dated:    New York, New York
           October 26, 2022

                                          DENISE COTE
                                United States District Judge