```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                          :
PIONEER GP LIMITED and CHAMPLAIN          :
INVESTMENT HOLDINGS LIMITED,              :
                                          :    22cv373 (DLC)
                       Plaintiffs,        :
          -v-                             :       ORDER
                                          :
DARIA VALDEZ and JASON SWEENEY,           :
                                          :
                       Defendants.        :
                                          :
-----------------------------------------X
```

DENISE COTE, District Judge:

On December 7, 2022, defendant Jason Sweeney filed a motion to dismiss the complaint pursuant to Rules 12(b)(1), 12(b)(2), and 12(b)(6), Fed. R. Civ. P. Under Rule 15(a)(1)(B), Fed. R. Civ. P., a plaintiff has 21 days after the service of a motion under Rule 12(b) to amend the complaint once as a matter of course. Accordingly, it is hereby

ORDERED that plaintiffs shall file any amended complaint by January 6, 2023. It is unlikely that plaintiffs will have a further opportunity to amend.

IT IS FURTHER ORDERED that if no amended complaint is filed, plaintiffs shall file any opposition to the motion to dismiss by January 6, 2023. A reply, if any, shall be filed by January 20. At the time any reply is filed, the moving party shall supply Chambers with two (2) courtesy copies of all motion

papers by mailing or delivering them to the United States Courthouse, 500 Pearl Street, New York, New York.

Dated:  New York, New York
        December 8, 2022

                              _____
                                    DENISE COTE
                              United States District Judge