# BakerHostetler

Baker&Hostetler LLP

45 Rockefeller Plaza
New York, NY 10111

T 212.589.4200
F 212.589.4201
www.bakerlaw.com

Michael S. Gordon
direct dial: 212.589.4265
mgordon@bakerlaw.com

January 11, 2023

**VIA ECF**

The Honorable Denise Cote
United States District Court
Southern District of New York
500 Pearl Street, Room 1910
New York, New York 10007

*[Handwritten: The January 13 conference is cancelled. /s/ Denise Cote 1/11/23]*

Re:  *Pioneer GP Limited et al. v. Valdez et al.*, Case No. 22-CV-00373 (DLC)

Dear Judge Cote:

We are counsel for defendant, Jason Sweeney ("Mr. Sweeney") and respectfully submit this letter application pursuant to Your Honor's Individual Rule 1(E), to request an adjournment of the initial pre-trial conference currently scheduled in this matter for Friday, January 13, 2023 at 2:00 p.m. (*See* ECF No. 24.)

We are requesting this adjournment because, on December 7, 2022, we moved to dismiss the Complaint on behalf of Mr. Sweeney (ECF Nos. 27 – 30), following which the Court initially entered an Order directing plaintiffs, *inter alia*, to file any amended complaint by January 6, 2023 (ECF No. 32), which deadline was then extended to January 30, 2023 (ECF No. 34) pursuant to plaintiffs' letter motion for an extension of time to amend. In the Court's December 29, 2022 Order, the Court set a further deadline of February 13, 2023 for any renewed motion to dismiss that Mr. Sweeney might make directed to the amended complaint. (ECF No. 34.) We anticipate that we likely will need additional time beyond February 13, 2023 to prepare our renewed motion to dismiss, but cannot state with certainty how much additional time we will need until we have reviewed plaintiffs' amended complaint. In light of the foregoing procedural posture, we believe that an adjournment of the currently scheduled conference is in the interests of litigation and judicial efficiency.