UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
PIONEER GP LIMITED and CHAMPLAIN
INVESTMENT HOLDINGS LIMITED,

                    Plaintiffs,

    -against-                                   22 **CIVIL** 0373 (DLC)

                                                   **JUDGMENT**

DARIA VALDEZ and JASON SWEENEY,

                    Defendants.
------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated July 6, 2023, defendants' March 13, 2023 motion to dismiss is granted. The RICO claims are dismissed with prejudice. The Court declines to exercise supplemental jurisdiction over the state law claims, and they are dismissed without prejudice to refiling in state court and without prejudice to any state court addressing the requests that this action be dismissed for lack of personal jurisdiction over the defendants and under the doctrine of forum non conveniens; accordingly, the case is closed.

**Dated:** New York, New York

       July 7, 2023

                                                                **RUBY J. KRAJICK**

                                                                  _____

                                                                     **Clerk of Court**

                                         **BY:**                _____

                                                                     **Deputy Clerk**